■ CHARLES A. BURKHARDT, Respondent, v FRANK CUCCUZZA et al., Defendants, and SEAN FAY, Appellant. — In a negligence action to recover damages for personal injuries, defendant Fay appeals from an order of the Supreme Court, Kings County (Lawrence, J.), dated September 14, 1981, which (1) denied his motion for summary judgment and (2) granted plaintiff's cross motion to compel him to appear for an examination before trial. Order reversed, on the law, with $50 costs and disbursements, appellant's motion for summary judgment dismissing the complaint as to him for lack of personal jurisdiction is granted and the plaintiff's cross motion is denied. In *Burkhardt v Cuccuzza* (81 AD2d 821) this court reversed an order of Special Term upon the ground that defendant Fay had *not* been properly served in this action. Accordingly, we reinstated his affirmative defense of lack of personal jurisdiction. Fay is now entitled to summary judgment. Mangano, J. P., Gulotta, Thompson and Brown, JJ., concur.

■ SAVERIO CALABRESE, Appellant, v PHILLIP S. ALBERT, Respondent. — In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Suffolk County (Geiler, J.), dated September 30, 1980, which granted defendant's motion to dismiss the complaint for lack of personal jurisdiction. Order reversed, on the law, with $50 costs and disbursements, motion denied, and complaint reinstated. The objections to personal jurisdiction were not the sufficiently particularized objections to the assertion of quasi in rem jurisdiction necessary for a dismissal based on retroactive application of *Rush v Savchuk* (444 US 320) (see *Gager v White*, 53 NY2d 475, 489, n 11; *Kalman v Newman*, 80 AD2d 116, 126). Titone, J. P., Weinstein, O'Connor and Rubin, JJ., concur.